DANIEL G. BOGDEN
United States Attorney
ANDREW W. DUNCAN
Assistant U.S. Attorney
United States Federal Courthouse
333 Las Vegas Blvd., South, Fifth Floor
Las Vegas, NV 89101
Telephone:     (702) 388-6336
Fax:                (702) 388-6020

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-0112-KJD-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION AND |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| John Henry Manor, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses without prejudice, and in the interest of justice, the Criminal Indictment, filed on April 22, 2008, and requests the case be closed.

This the 10th day of July, 2012.          DANIEL G. BOGDEN
                                          United States Attorney


                                          */s/ Andrew W. Duncan*
                                          ANDREW W. DUNCAN
                                          Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal without prejudice and the case is ordered closed.

DATED this  11th  day of July, 2012.

                                          _____
                                          Kent J. Dawson
                                          United States District Court Judge